### No. 11.

#### STATE *against* PROSPER LAWRENCE. *Windsor,* 1817.

OTHER testimony than the President and Cashier is admitted, to prove a bank note counterfeit; other testimony than such as have seen the President or Cashier write, or are acquainted with their hand writing, (except from seeing the bills in circulation,) is admissible, to prove a bill counterfeit.

### No. 12.

#### BATES *against* MARTIN. *Orange,* 1817.

EVIDENCE of express warranty, alone, will not support a declaration for *deceit* or *fraud,* in the sale of a horse.